**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DBR NETWORK RVOC LIVING TRUST, *et al.* | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No.:  5:26-cv-03358-JMG |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 4th day of August, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 20) and Plaintiffs' Second Amended Complaint (ECF No. 25), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 20) is **DENIED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge